# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TAMMY L. DAUGHTRY

VERSUS

GENEVIEVE A. SEGHERS AND
USAA GENERAL INDEMNITY
COMPANY

NO.   2020 CW 1302

FEB 1 8 2021

---

In Re:   Genevieve A. Seghers, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2019-11774.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT NOT CONSIDERED.**   The writ application does not include a copy of the pertinent court minutes in violation of Rule 4-5(C)(10) of the Uniform Rules of Louisiana Courts of Appeal. Moreover, the writ application does not contain a transcript of the contradictory hearing on relator's motion for summary judgment, and the trial court's reasons for denying the motion are not otherwise evident from the writ application. See La. Code Civ. P. art. 966(C)(4).

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all required items, including the missing documentation noted above, and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before **March 19, 2021** and must contain a copy of this ruling.

VGW
JEW
WRC

COURT OF APPEAL, FIRST CIRCUIT

*a.S.~*

---
DEPUTY CLERK OF COURT
FOR THE COURT